Brandon C. Fernald
brandon.fernald@fernaldlawgroup.com
FERNALD LAW GROUP
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: 323-410-0320
Facsimile: 323-410-0330

Michael T. Cooke (*Pro Hac Vice*)
mtc@fsclaw.com
Brett M. Pinkus (*Pro Hac Vice*)
pinkus@fsclaw.com
Todd I. Blumenfeld (*Pro Hac Vice*)
blumenfeld@fsclaw.com
Richard A. Wojcio, Jr. (*Pro Hac Vice*)
wojcio@fsclaw.com
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401

Attorneys for
Plaintiff/Counterdefendant
SEPARATION DESIGN GROUP IP
HOLDINGS. LLC

John B. Sganga, Jr. (SBN 116211)
john.sganga@knobbe.com
Nicholas M. Zovko (SBN 238248)
nicholas.zovko@knobbe.com
Nicole R. Townes (SBN 272342)
nicole.townes@knobbe.com
Brandon G. Smith (SBN 307676)
brandon.smith@knobbe.com
KNOBBE, MARTENS, OLSON &
BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for
Defendant/Counterclaimant
INOGEN, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SEPARATION DESIGN GROUP IP HOLDINGS, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>INOGEN, INC., a Delaware corporation<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:15-cv-08323-JAK-(JPRx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. John A. Kronstadt |

Plaintiff Separation Design Group IP Holdings, LLC and Defendant Inogen, Inc. have agreed to settle and compromise all claims in the above-captioned action. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the terms of a separate agreement between the parties, and the Court's Order of October 19, 2017 [Dkt. No. 293], the parties hereby jointly stipulate to the dismissal with prejudice of all claims and counterclaims in this action.

Each party will bear its own costs and expenses relating to this action (including attorneys' fees, expert fees, and expenses).

Respectfully submitted,

FRIEDMAN, SUDER & COOKE

Dated: November 1, 2017   By: */s/ Todd I. Blumenfeld*
　　　　　　　　　　　　　　　Michael T. Cooke
　　　　　　　　　　　　　　　Brett M. Pinkus
　　　　　　　　　　　　　　　Todd I. Blumenfeld
　　　　　　　　　　　　　　　Richard Wojcio, Jr.

Attorneys for Plaintiff/Counterdefendant
SEPARATION DESIGN GROUP IP HOLDINGS, LLC

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 1, 2017   By: */s/ Nicholas M. Zovko*
　　　　　　　　　　　　　　　John B. Sganga, Jr.
　　　　　　　　　　　　　　　Nicholas M. Zovko
　　　　　　　　　　　　　　　Nicole R. Townes
　　　　　　　　　　　　　　　Brandon G. Smith

Attorneys for Defendant/Counterclaimant
INOGEN, INC.